IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 08-409 |
| ) | |
| MARK ANTHONY SMITH, ) | |
| Defendant. ) | |

## ORDER

AND NOW, this 7th day of May, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered December 22, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, May 29, 2009 at 9:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Craig W. Haller,
Assistant United States Attorney

Michael J. DeRiso, Esquire
DeRiso & DeRiso
1801 Law & Finance Building
Pittsburgh, PA 15219

U.S. Marshal

U.S. Pretrial Services

U.S. Probation